**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISON**

**OCTAVIA RICE,**
    **Plaintiff,**　　　　　　　　　　**CASE NO.: 3:18-cv-00007-MMH-MCR**

**vs.**

**FITNESS INTERNATIONAL, LLC d/b/a**
**LA FITNESS,**
    **Defendant.**
_____/

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, OCTAVIA RICE, by and through undersigned counsel, hereby provides notice that Plaintiff and Defendant, FITNESS INTERNATIONAL, LLC, have reached a resolution of the dispute that is the subject of this lawsuit. The parties are presently formalizing the terms of that resolution into a written settlement agreement and will file an appropriate notice of dismissal (anticipated within 30 days) upon the completion of certain obligations set forth in their agreement.

/s/ Max Story, Esquire
MAX STORY, ESQ.
Florida Bar: 0527238
328 2nd Avenue North, Suite 100
Jacksonville Beach, FL 32250
Telephone: (904) 372-4109
max@storylawgroup.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2018, I electronically filed the foregoing with Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/ Max Story, Esquire
Florida Bar No. 527238